JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 465 -- IN RE CARGO CARIBE LIMITED LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/23 | 1 | MOTION TO TRANSFER, BRIEF, SCH. OF CASES, CERT. OF SVC. -- Leslie N. Reizes, et al.<br>SUGGESTED TRANSFEREE DISTRICT: S. D. Florida<br>SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED ON MARCH 23, 1981 -- Setting to Transfer A-1 through A-4 for Panel Hearing in Washington, D. C. on April 30, 1981 (cds) |
| 81/04/02 | | APPEARANCES: MARGARET A. CATILLAZ, ESQ. for Rodney Thompson, et al. (cds) |
| 81/04/06 | 2 | RESPONSE -- Rodney Thompson, et al. -- w/cert. of service and Exhibits A, B and C (cds) |
| 81/04/29 | | WAIVER OF ORAL ARGUMENT -- All parties waived (cds) |
| 81/05/06 | | ORDER DENYING TRANSFER -- of litigation (Actions A-1 thru A-3) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 465 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CARGO CARIBE LIMITED LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 4/30/81 | 5/6/81 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 465 -- IN RE CARGO CARIBE LIMITED LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Leslie N. Reizes, et al v. Cargo Caribe, Limited, et al. | N.D.N.Y. | 80-CV-89 | | | | |
| A-2 | Leslie N. Reizes, et al. v. Cargo Caribe, Limited, et al. | S.D.Fla. King | 80-567-Civ-JLK | | | | |
| A-3 | Leslie N. Reizes, et al. v. Rodney Thompson, et al. | S.D.Fla. Paine | 80-8094-Civ JCP | | | | |
| A-4 | Leslie N. Reizes, et al. v. Rodney Thompson, et al. | D.Mass. | 80-536 | | | | not [illegible] |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 465 -- In re Cargo Caribe Limited Litigation

| | |
|---|---|
| LESLIE N. REIZES, ET AL. (A-1 - A-4)<br>(NO APPEARANCE RECEIVED)<br>Paul G. Riffle, Esq.<br>Riffle & Foster<br>320 South Main Street<br>Athens, Pennsylvania  18810<br><br>CARGO CARIBE, LTD.<br>TUR-CAN, INC.<br>RODNEY THOMPSON<br>SHARON THOMPSON<br>PAUL JONES<br>PAUL H. JONES & CO., INC.<br>JIRAIR BAKERDJIAN<br>Margaret A. Catillaz, Esq.<br>Harter, Secrest & Emery<br>700 Midtown Tower<br>Rochester, New York  14604<br><br>PROVO AVGAS<br>unable to determine counsel<br>for this defendant | |

JPML FORM 3                                                                p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 465 -- In re Cargo Caribe Limited Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cargo Caribe, Ltd. | A-1, A-2, A-3, A-4 |
| Tur-Can, Inc. | A-1, A-2 |
| Rodney Thompson | A-3, A-4 |
| Sharon Thompson | A-3, A-4 |
| Paul Jones | A-3, A-4 |
| Paul H. Jones & Co., Inc. | A-3, A-4 |
| Jirair Bakerdjian | A-3, A-4 |
| Provo Avgas | A-3, A-4 |
| | |
| | |
| | |