JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY -6 1981

PATRICIA D. HOWARD
CLERK OF THE PANEL

5/6/81

DOCKET NO. 465

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CARGO CARIBE LIMITED LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to
28 U.S.C. §1407, brought by plaintiffs in actions listed
on the attached Schedule A for centralization of all actions
in the Southern District of Florida for coordinated or consoli-
dated pretrial proceedings.[1/]  On the basis of the papers
filed in this litigation,[2/] we find that Section 1407 transfer
would neither serve the convenience of the parties and witnesses
nor further the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer
pursuant to 28 U.S.C. §1407 pertaining to the actions listed
on the following Schedule A be, and the same hereby is,
DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

_____

* Judge Fred Daugherty took no part in the decision of
this matter.

1/ Movants' schedule of actions attached to the Section
1407 motion lists a matter captioned Leslie N. Reizes, et
al. v. Rodney Thompson, et al., M.B.D. 80-536, as a civil
action pending in the District of Massachusetts.  The District
of Massachusetts' Clerk's office has advised us that the
alleged action is not a civil action, but rather it is a
notice of deposition from one of the two civil actions presently
pending in Florida.

2/ All parties waived oral argument and, therefore, this
matter was submitted for decision on the basis of the papers
filed.  See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

SCHEDULE A


MDL-465 -- In re Cargo Caribe Limited Litigation
        Northern District of New York
    Leslie N. Reizes, et al. v. Cargo Caribe, Limited, et
    al., C.A. No. 80CV89
        Southern District of Florida
    Leslie N. Reizes, et al. v. Cargo Caribe, Limited, et
    al., C.A. No. 80-567-Civ-JLK
    Leslie N. Reizes, et al. v. Rodney Thompson, et al.,
    C.A. No. 80-8094-Civ-JCP